United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING DATE OF SENTENCING OF DEFENDANT MOLINA** |
| RODRIGO MOLINA, *et al.*, | |
| Defendants. / | |

Defendant Molina was scheduled for sentencing on September 21, 2010, at 2:00 p.m. The parties jointly request a continuance of the sentencing date to October 5, 2010, at 2:00 p.m.

Due to calendar constraints, the sentencing of defendant Molina cannot be continued to October 5, 2010, at 2:00 PM. Instead, sentencing of defendant Molina will be rescheduled to **OCTOBER 6, 2010,** at **2:00 P.M.**

**IT IS SO ORDERED.**

Dated: September 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE